[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1235.]

**T.W. GROGAN COMPANY, INC., APPELLEE, *v*. GROGAN ET AL., APPELLANTS.**

**[Cite as *T.W. Grogan Co., Inc. v. Grogan*, 2001-Ohio-258.]**

*Appeal dismissed as improvidently allowed.*

(No. 00-851—Submitted February 6, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77419.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*Kahn, Kleinman, Yanowitz & Arnson Co., L.P.A., James J. Bartolozzi, Sheldon Berns* and *Shira Adler*, for appellee.

*Kohrman, Jackson & Krantz, P.L.L., James B. Rosenthal* and *Byron S. Krantz; Elfvin & Besser, L.P.A., Bruce B. Elfvin, Barbara Kaye Besser* and *Amy S. Glesius*, for appellants.

———————————